

## IN THE
## TENTH COURT OF APPEALS

No. 10-19-00381-CR
No. 10-19-00383-CR
No. 10-19-00384-CR

**CHRIS KURT CHATMAN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2013-1576-C2, 2013-2020-C2, & 2016-909-C2

## MEMORANDUM OPINION

Appellant, Chris Kurt Chatman, has filed motions requesting the dismissal of his appeals in appellate cause numbers 10-19-00381-CR, 10-19-00383-CR, and 10-19-00384-CR.[1]  *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in these appeals, and

---

[1] In appellate cause number 10-19-00383-CR, appellant filed a motion that erroneously references appellate cause number 10-19-00381-CR, though the motion was filed in appellate cause number 10-19-00383-CR.  Given this typographical error and the fact that appellant filed a separate motion to dismiss

appellant and his attorney have personally signed the motions.  *See id.*  Accordingly, we

grant the motions and hereby dismiss appellant's appeals.


                                                     JOHN E. NEILL
                                                     Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeals dismissed
Opinion delivered and filed December 11, 2019
Do not publish
[CR25]



---

appellate cause number 10-19-00381-CR, we construe appellant's motion to pertain to appellate cause number 10-19-00383-CR.